MARION T. McLANE, Respondent, v. ELLICOTT SQUARE COMPANY OF BUFFALO, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JULIA M. MILLER, as Administrator of the Estate of BARBARA MILLER, Deceased, Appellant, v. ROCHESTER TRANSIT CORPORATION, Respondent, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.